THE HONORABLE BENJAMIN H. SETTLE

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WASHINGTON, TACOMA**

DESTINY M. SAYRES,

    Plaintiff,

v.

NORTHWIND ANIMAL SERVICES, INC., a Washington corporation and VICKI ANN TOFT,

    Defendants.

NO. 3:17-cv-05858-BHS

STIPULATION AND
ORDER OF DISMISSAL

    COME NOW the parties hereto, through their respective counsel, and stipulate and agree that the Complaint in the above-entitled action may be dismissed with prejudice and without cost to the parties on the ground that the same has been fully compromised and settled.

    STIPULATED AND AGREED to this 3rd day of December, 2018.

YOUNGLOVE & COKER, P.L.L.C.

/s/ *Edward Earl Younglove III*
Edward Earl Younglove III, WSBA #5873
Attorney for Plaintiff

ROGERS KEE CARD & STROPHY

/s/ *G. Saxon Rodgers*
G. Saxon Rodgers, WSBA #5798
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL – Page 1
Case No. 3:17-cv-05858-BHS
9416-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

**ORDER OF DISMISSAL**

This matter having come before the court on the written stipulation of the parties hereto, through their respective counsel, stipulating and agreeing that the complaint in the above-entitled action may be dismissed with prejudice and without cost to the parties on the ground that the same is fully compromised and settled, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same is hereby dismissed with prejudice and without cost to the parties.

/ / / End of Order / / /

DONE this 3rd day of December, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – Page 2
Case No. 3:17-cv-05858-BHS
9416-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**